Richard L. BARNES, Plaintiff–Appellant,

v.

State of WEST VIRGINIA; Tom Ballard; B.L. Mankins, Trooper; Allen Workman, Magistrate, Defendants–Appellees.

No. 00–7192.

United States Court of Appeals, Fourth Circuit.

Submitted Dec. 29, 2000.

Decided Feb. 8, 2001.

Richard L. Barnes, pro se.

Before NIEMEYER, WILLIAMS, and KING, Circuit Judges.

PER CURIAM.

Richard L. Barnes appeals the district court's order denying relief on his 42 U.S.C.A. § 1983 (West Supp.2000) complaint under 28 U.S.C.A. § 1915A (West Supp.2000). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *Barnes v. West Virginia,* No. CA–99–978–5 (S.D.W.Va. Aug. 10, 2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*